UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TYROSH BROWN, | Case No. 1:10-cv-586 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Ellen S. Carmody |
| GRAND RAPIDS POLICE DEPARTMENT, KENTON COOPER, SUSAN CLARE, KURT BURNS, STEVEN CORKINS, THEODORE WHALEN, TODD BUTLER, THOMAS DOYLE, MICHAEL DUKE, SCOTT VOGRIG, RANDAL SMITH, and UNKNOWN GRAND RAPIDS POLICE OFFICERS, | |
| Defendants. | |

## Judgment

Final judgment is hereby entered in favor of all the defendants and against the plaintiff.

**IT IS SO ORDERED this 6th day of August, 2010.**

                                                    /s/ Paul L. Maloney
                                                  Honorable Paul L. Maloney
                                                  Chief United States District Judge